**FILED**

NOV 2 3 2005

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, **CLERK**
U.S. DISTRICT COURT

ANNIE BROWN )
1740 H Street, NE #A )
Washington, DC 20002 )
)
Plaintiff, )
) Civil Action No.: _____
v. )
DISTRICT OF COLUMBIA
DEPARTMENT OF CORRECTIONS,
MARVIN L. BROWN,
CORPORAL YVONNE TRIMMER
1901 D Street, SE
Washington, DC 20003
)
Defendants. )
)

CASE NUMBER  1:05CV02274

JUDGE: Royce C. Lamberth

DECK TYPE: Civil Rights (non-employme)

DATE STAMP: 11/23/2005

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§1441 and 1446, defendant District of Columbia Department of

Corrections removes to this Honorable Court the above action from the Superior Court of the

District of Columbia (C.A. No. 05-6271), filed on August 4, 2005.

Causes of action "founded on a claim or right arising under the Constitution, treaties or laws

of the United States" are removable without regard to the citizenship or residence of the parties. See

28 U.S.C. § 1441(b).  In paragraph 1 of the Complaint, plaintiff asserts federal constitutional

claims under the Fourth, Fifth, Eighth and Fourteenth Amendments. See Complaint, hereto

attached as Exh. 1.

Pursuant to 28 U.S.C. § 1446, parties have 30 days after the receipt of the complaint,

through service or otherwise, to file its removal of an action to the Untied States District Court.

The District of Columbia received a copy of the Summons and Complaint on or about September

1

9, 2005. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings and orders received by

undersigned counsel in this matter are attached hereto and incorporated by reference herein.

Respectfully submitted,

ROBERT J. SPAGNOLETTI
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

PATRICIA A. JONES [428132]
Chief, General Litigation Sec. IV

By:     MICHAEL P. BRUCKHEIM [455192]
Assistant Attorney General
441 4TH Street, NW, 6th Floor-South
Washington, D.C. 20001
202-724-6649; 202-727-6295

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice of removal was mailed, postage

prepaid, this 17th day of November 2005, to:

Jonathan Hoover, Esq.
Hoover & Hoover
400 5th Street, NW
Suite 400
Washington, DC 20001
*Attorney for Plaintiff*

MICHAEL P. BRUCKHEIM
Assistant Attorney General

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
### CIVIL DIVISION

OFFICE OF THE
ATTORNEY GENERAL FOR THE
DISTRICT OF COLUMBIA

ANNIE BROWN
Vs.

DC DEPARTMENT OF CORRECTIONS 2005 OCT 5 A 9: 09

C.A. No.     2005 CA 006271 B

### INITIAL ORDER

Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("SCR Civ") 40-I, it is hereby **ORDERED** as follows:

(1) Effective this date, this case is assigned to the judge designated below. All future filings in this case shall bear the name of the judge currently assigned to the case beneath the case number in the caption. Upon the filing of any motion or paper related thereto, one copy (for the judge) must be delivered to the Clerk along with the original.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant: copies of the Summons, the Complaint, and this Initial Order, and any General Order issued **by the judge** to whom the case is assigned. As to any defendant for whom such proof of service has not been filed, the Complaint will be dismissed without prejudice for want of prosecution unless the time for serving the defendant has been extended as provided in SCR Civ 4(m).

(3) Within 20 days of service as described above, except as otherwise noted in SCR Civ 12, each defendant must respond to the Complaint by filing an Answer or other responsive reading. As to the defendant who has failed to respond, a default will be entered unless the time to respond has been extended as provided in SCR Civ 55(a).

(4) At the time and place noted below, all counsel and unrepresented parties shall appear before the assigned judge as an Initial Scheduling and Settlement Conference to discuss the possibilities of settlement and to establish a schedule for the completion of all proceedings, including, normally, either mediation, case evaluation, or arbitration. Counsel shall discuss with their clients **prior** to the conference whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this Conference.**

(5) Upon advice that the date noted below is inconvenient for any party or counsel, the Quality Review Branch (202) 879-1750 may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. Request must be made not less than six business days before the scheduling conference date. No other continuance of the conference will be granted except upon motion for good cause shown.

Chief Judge Rufus G. King, III

Case Assigned to: Judge ANNA BLACKBURNE-RIGSBY
Date:      August 8, 2005
Initial Conference: 9:30 am, Friday, November 18, 2005
Location:  Courtroom B-52
           409 E Street, NW
           WASHINGTON, DC 20001

2005 SEP -9 D 3: 43

DISTRICT OF COLUMBIA
ATTORNEY GENERAL FOR THE
OFFICE OF THE

**05 2274**

**FILED**

NOV 2 3 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT
Caio-60.doc

COPY

## IN THE SUPERIOR COURT
## FOR THE DISTRICT OF COLUMBIA

RECEIVED

Annie Brown )
1740 H Street, NE #A )
Washington, DC 20002 )

       Plaintiff )

          v. )

DISTRICT OF COLUMBIA )
DEPARTMENT OF CORRECTIONS )
a.k.a. D.C. Dept. Of Corrections, Marvin L. Brown )
Warden of the D.C. Dept of Corrections, Corporal )
Yvonne Trimmer, 1901 D Street, SE, Washington, )
D.C 20003 )
     )
       Defendant(s) )

2005 JUL 23  P 7: 21

DISTRICT OF COLUMBIA
COURTS

Case No.: **05-0006271**

## COMPLAINT

      This is an action for compensatory and punitive damages, and other relief to

redress gross negligence, assault and battery and intentional infliction of emotional

distress.

## JURISDICTION

1.     This action arises under the Fourth, Fifth, Eighth and Fourteenth Amendments to

the United States Constitution and D.C. Statue.  This Court has jurisdiction pursuant to

and the aforementioned Constitutional and statutory provisions.  Plaintiff also invokes the

pendent jurisdiction of this Court to adjudicate claims under state law.  District of

Columbia Tort Claims Act, DC Code  § 12-309 (1997 ed.) of the District Government

Article.

## **INTRODUCTION**

2.      This is an action for damages against the District of Columbia, District of

Columbia Department of Corrections is a government entity which its headquarters

located at 1923 Vermont Avenue, NW; Washington, DC, and Warden Marvin L. Brown

in his official and individual capacity (District of Columbia), Corporal Yvonne Trimmer

in her official and individual capacity and Tyrone Creech (inmate) the defendant.

Plaintiff brings this action against the Department of Corrections pursuant to 42 U.S.C.§

1983 for their deprivation, under the color of law, of rights secured to plaintiff under the

Constitution of the United States.  Plaintiff also brings this action against the District of

Columbia under District of Columbia law for **gross negligence, assault and battery.**

## **PARTIES**

3.      The plaintiff, Annie Brown, is an adult citizen of the United States and a

resident of the District of Columbia.

4.      Defendant **District of Columbia** is a municipal corporation and was, at all

times relevant to this cause of action, responsible for the operation of the District of

Columbia Correctional Institution.

5.      The District of Columbia Jail hereinafter (DC Jail) is an agent of Defendant

the District of Columbia and an institution as defined by the District's Division of

Corrections.

6.      At all times relevant hereto, individual defendant, Warden Marvin L. Brown

was employed by the District of Columbia, department of Corrections, and at all times

acted in his capacity as agent, servant, and employee of the District of Columbia.  Upon

information and belief, the plaintiff was working as a correctional officer in the Mental Health Unit at the DC Jail Correctional Facility in Washington, DC. Plaintiff brings this action against this official in the individual and official capacity.

7.     At all times relevant, the Department was responsible for establishing proper operation and for ensuring that its personnel obeyed the laws of the District of Columbia, Department of Corrections and the United States.

## COUNT I

8.     On or about September 20, 2002 claims arose at the District of Columbia Detention Facility, otherwise known as the District of Columbia Jail (DC Jail).

9.     Plaintiff, Annie Brown, upon entering the tier of South Three Mental Health Unit to assist Corporal Watkins in administering medication for the inmates in that unit, without warning **Corporal Yvonne Trimmer** opened the wrong cell door and the inmate in that cell (Tyrone Creech) came out and brutally attacked plaintiff, Annie Brown.

10.     Initially, Mr. Creech was assaulting Corporal Watkins, and cease that assault to severely beat and taunt plaintiff, Annie Brown. Defendant Tyrone Creech indicated that he was going to kill Annie Brown.

11.     Upon information and belief, this frightening, humiliating, embarrassing and devastating incident to which the plaintiff was subjected received widespread national and local media attention.

12.     As a result of this incident, plaintiff sustained trauma to the head, dislocated nose, laceration to the upper lip, leg and knee injuries.

3

13. Plaintiff, Annie Brown, has been an employee of the District of Columbia Department of Corrections as a Correctional Officer for sixteen (16) years without incident.

14. The above paragraphs 1 through 13 are adopted and incorporated by reference, as if fully set forth herein.

15. The acts and conduct, hereinafter described constituted gross negligence, under the laws of the District of Columbia.

16. These acts and omissions engaged in under the color of state authority and law by defendants, who were agents of defendant District of Columbia without immunity, deprived plaintiff of rights secured to him under the Constitution and laws of the United States and the District of Columbia.

17. Defendant District of Columbia is sued as a person responsible for its authorization, condonation, and ratification thereof of the acts of its agents, servants, and employees.

**WHERFORE,** plaintiff, Annie Brown, demands judgment, jointly and severally, against Defendant District of Columbia, District of Columbia Detention Center (DC Jail) and Warden Marvin L. Brown:

    a.   Compensatory damages in the amount of $ 350,000.00.

    b.   Attorneys fees and costs; and

    c.   Such other and further relief as this Court may deem appropriate.

4

## COUNT II

18.    Plaintiff hereby realleges paragraphs 1 through 17 of this complaint, as though fully set forth here.

19.    Subsequent to the beating, plaintiff was ordered to return to the same unit where she was severely beaten despite notice from the plaintiff's physician who had indicated that she not be returned to that area.

20.    At one point, plaintiff was told that she would be reprimanded if she fails to return to work in that area.

21.    Moreover, Mr. Creech laughed about the criminal proceeding being dismissed against him.

22.    The acts and conduct herein before described constituted emotional distress under the laws of the District of Columbia.

23.    The acts and omissions engaged in under the color of state authority and law by defendants, who were agents of defendant District of Columbia without immunity, deprived plaintiff of rights secured to her under the Constitution and laws of the United States and the District of Columbia.

24.    Defendant District of Columbia is sued as a person responsible for its authorization, condonation, and ratification thereof of the acts of its agents, servants, and employees.

**WHERFORE,** plaintiff, Annie Brown, demands judgment, jointly and severally, against Defendant District of Columbia, District of Columbia Department of Corrections and Warden Marvin L. Brown:

      a.    Compensatory damages in the amount of $ 250, 000.00.

b.   Attorneys fees and costs; and

c.   Such other and further relief as this Court may deem appropriate

## COUNT III

Plaintiff Annie Brown, by her attorneys, Law Offices of Hoover & Hoover and Jonathan Hoover sues the defendants for assault and battery for that:

25.   She adopts and incorporates paragraphs 1 through 25 herein.

26.   The acts of D.C. Dept of Correction employee, Corporal Yvonne Trimmer opening the wrong cell and allowing inmate Tyrone Creech to attack her constitute an assault. In addition, the act of Officer Yvonne Trimmer created an environment that plaintiff was not safe. The acts of the defendant, Officer Yvonne Trimmer also created an apprehension of imminent battery.

27.   The defendant, D.C. Department of Correction was aware that Office Yvonne Trimmer opened the wrong cell, as well as putting the plaintiff in fear of imminent bodily harm and it took no action to cause to cease it. The defendant, D.C. Department of Corrections through its actions and inactions participated and acquiesced in and condoned the conduct of Officer Yvonne Trimmer toward the plaintiff.

28.   The acts of the defendants were intentional and malicious and plaintiff suffered humiliation and emotional distress as aforesaid entitling her to compensatory and punitive damages.

**WHEREFORE,** plaintiff demands judgment against the defendants, jointly and severally for:

6

1.    Compensatory damages in the amount of $250,000.

2.    Punitive damages in the amount of $250,000.

3.    Such other relief as the court deems just and proper.

4.    Attorney fees and costs.


## PRAYER FOR RELIEF

Wherefore, plaintiff prays that this Honorable Court enter judgment for her and against the defendants on each of her claims and order the following relief:

a.    An order requiring defendants to award plaintiff compensatory damages in the amount of $500,000.00.

b.    An order requiring defendants to award plaintiff punitive damages in the amount of $250,000.00 on each count.

c.    An order requiring defendants to pay reasonable attorney's fees and cost.

d.    An order awarding such other and further relief as may be just and proper.


Respectfully Submitted,

LAW OFFICES OF HOOVER & HOOVER

Jonathan Hoover
400 Fifth Street, NW
Suite 400
Washington, DC 20001
(202) 347-4050
Attorney for Plaintiff

7

**CA Form 1**

OFFICE OF THE
AT FORNEY GENERAL FOR THE
DISTRICT OF COLUMBIA

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

2005 SEP -9 P 3: 44

| | |
|---|---|
| Annie Brown | 05-0006271 |
| _Plaintiff_ | |
| VS. | Civil Action No. |
| Marvin L. Brown | |
| _Defendant_ | |

### SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon your exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear **below.** If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue. N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

_Clerk of the Court_

| |
|---|
| Jonathan T. Hoover |
| Name of Plaintiff's Attorney |
| 400 Fifth Street NW, Suite 400 |
| Address |
| Washington, DC 20001 |
| 2023474050 |
| Telephone |

By _____
Deputy Clerk

Date August 4, 2005

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-456/Mar. 98

**NOTE:** SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1 161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.

CA Form 1

# Superior Court of the District of Columbia
## CIVIL DIVISION
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

OFFICE OF THE
ATTORNEY GENERAL FOR THE
DISTRICT OF COLUMBIA

2005 SEP -9 P 3: 43

| Annie Brown |
|---|

Plaintiff

05-0006271

VS.

Civil Action No. [            ]

| District of Columbia Dept of Correction |
|---|

Defendant

## SUMMONS

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon your exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear **below.** If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue. N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

| Jonathan T. Hoover |
|---|

Name of Plaintiff's Attorney

| 400 Fifth Street NW, Suite 400 |
|---|

Address

| Washington, DC 20001 |
|---|

| 2023474050 |
|---|

Telephone

By _____
Deputy Clerk

Date | August 4, 2005 |

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-456/Mar. 98

**NOTE:** SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME*.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1 161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.

CA Form 1

**Superior Court of the District of Columbia**
**CIVIL DIVISION**
500 Indiana Avenue, N.W., Room JM-170
Washington, D.C. 20001 Telephone: 879-1133

OFFICE OF THE
ATTORNEY GENERAL FOR THE
DISTRICT OF COLUMBIA

2005 SEP -9 P 3: 42

| | |
|---|---|
| Annie Brown | |
| *Plaintiff* | 05-0006271 |
| VS. | |
| Yvonne Trimmer | Civil Action No. [        ] |
| *Defendant* | |

**SUMMONS**

To the above named Defendant:

You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty (20) days after service of this summons upon you exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government you have 60 days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

You are also required to file the original Answer with the Court in Room JM 170 at 500 Indiana Avenue. N.W. between 9:00 am. and 4:00 pm., Mondays through Fridays or between 9:00 am. and 12:00 Noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within five (5) days after you have served the plaintiff If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the complaint.

*Clerk of the Court*

| | |
|---|---|
| Jonathan T. Hoover | By _____ |
| Name of Plaintiff's Attorney | *Deputy Clerk* |
| 400 Fifth Street NW, Suite 400 | |
| Address | |
| Washington, DC 20001 | Date August 4, 2005 |
| 2023474050 | |
| Telephone | |

PUEDE OBTENERSE COPIAS DE ESTE FORMULARIO EN ESPANOL EN EL TRIBUNAL SUPERIOR DEL DISTRITO DE COLUMBIA, 500 INDIANA AVENUE, N.W., SALA JM 170

YOU MAY OBTAIN A COPY OF THIS FORM IN SPANISH AT THE SUPERIOR COURT OF D.C., 500 INDIANA AVENUE, N.W., ROOM JM 170

Form CV(6)-456/Mar. 93

**NOTE:** SEE IMPORTANT INFORMATION ON BACK OF THIS FORM.

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, DO NOT *FAIL TO ANSWER WITHIN THE REQUIRED TIME*

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (628-1 161) or the Neighborhood Legal Services (682-2700) for help or come to Room JM 170 at 500 Indiana Avenue, N.W., for more information concerning where you may ask for such help.

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

LADONNA STANLEY, et al.,

        Plaintiffs

v.

THE DISTRICT OF COLUMBIA,

        Defendant

*FILED*
*RECEIVED BY MAIL*
SEP 2 8 2005
Superior

Civil Action No.: 05-006395
Judge Natalia Combs Greene
Next Court Event: 12/2/05
(Initial Conference)

### AFFIDAVIT OF SERVICE

Marc R. Wagshal, being first duly sworn under oath, deposes and says:

1. That a copy of the Summons, Complaint, and the Initial Order in the above entitled matter was mailed to the defendant, The District of Columbia, c/o Ms. Gladys Herring, 1350 Pennsylvania Avenue, NW, Room 419, Washington, DC 20001 by certified mail on August 25, 2005.

2. That a copy of the Summons, Complaint, and the Initial Order in the above entitled matter was mailed to, The Office of the Attorney General for the District of Columbia, attention Ms. Darlene Fields, 441 4th Street, NW, Sixth Floor, South, Washington, 20001 DC by certified mail on August 25, 2005.

3. That the said Summons, Complaint, and Order were received by the defendant and the Office of the Attorney General for the District of Columbia on August 26, 2005 as evidenced by the signature of the addressees on the original postal return receipts, attached hereto.

Marc R. Wagshal



Case: 2005 CA 006395 B
DKT: CIVASSC
852642 MONROE 10/06/2005 10:05:54 AM