# Exhibit 1

# DISTRICT OF COLUMBIA DISABILITY COMPENSATION PROGRAM

441 4th St.- Ste: 1010S, NW, Washington DC 20001
Office: (202) 530-1177 Fax: (301) 429-9104

**FORM 5**

## COMPENSATION ACCEPTANCE ORDER

**Name of Employee:** Annie McQueen- Brown
**Address:** 1740 H. St., NE- Apt. A
Washington, DC 20002
**Claim Number:** LT5-DOC003728
**Social Security Number:** 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
**Date of Injury:** 09/22/2002
**Agency:** Department of Corrections- 105

**YOUR DISABILITY COMPENSATION CLAIM IS HEREBY ACCEPTED FOR THE REASON INDICATED BELOW:**

On September 22, 2002 at approximately 7:40 p.m. while performing your normal job duties as a Correctional Officer for Department of Corrections, you went to get an inmate to put handcuffs on him when another employee opened the wrong gate and an inmate jumped out of his cell and began striking you. You sustained contusions to your head, right knee and a laceration to the left of your lip. You received related medical treatment from Greater Southeast Community Hospital. This Program accepts a claim for a laceration to your upper lip, nasal fracture and a right knee contusion.

Continuation of Pay (COP) is authorized for up to 21 days if prescribed by a NHR P.P.O treatment Physician and directly related to injuries sustained in the above referenced accident.

Medical expenses for the above injuries arising from this accident and performed by and/or prescribed by a treating NHR P.P.O. Physician and directly related to the injuries sustained in the above referenced accident, are compensable.

Claims Examiner: LaTonia Redcross

Program Manager: Gwen Tolbert

Date: Tuesday, October 15, 2002

CC: Department of Corrections- 105

Form 7.1-046, Rev. 2   Page 1 of 2