UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANNIE BROWN,** )<br>)<br>    Plaintiff,    )<br>)<br>    v.    )<br>)<br>**DISTRICT OF COLUMBIA,**    )<br><u>et</u>. <u>al</u>.,    )<br>)<br>    Defendants.    )<br>_____) | Civil Action No. 05-2274 (RCL) |

### ORDER

Upon consideration of defendant District of Columbia Department of Corrections' Unopposed Motion [2] to Dismiss Plaintiff's Complaint, the Memorandum of Points and Authorities in support thereof, and the record herein, it is, hereby

ORDERED that defendant's Motion is hereby granted for the reasons set forth in its motion; and it is further

ORDERED that the District of Columbia shall not be substituted as a party defendant, and it is further

ORDERED that plaintiff's Complaint is dismissed with prejudice as against defendant DOC and may not be refiled as against the District of Columbia. It is further

ORDERED that plaintiff has taken no steps to prosecute this action since it was removed to this Court on November 13, 2005, and has filed no proof of service on defendants Brown and Trimmer since the original complaint was filed in the Superior Court of the District of Columbia on August 8, 2005. Accordingly, this case is hereby dismissed, without prejudice, as to defendants Brown and Trimmer for failure to prosecute.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, May 5, 2006.